IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Israel Garza, et al., :
:
      Plaintiff(s), :
: Case Number: 1:12cv332
  vs. :
: Chief Judge Susan J. Dlott
Honorable Marvin Isgure, et al., :
:
      Defendant(s). :

ORDER

      The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on January 28, 2013 (Doc. 21), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired February 14, 2013, hereby ADOPTS said Report and Recommendation.

      Accordingly, defendants' motions to dismiss (Docs. 3, 5, 7, 9 and 12) are **GRANTED.** Plaintiff's claims against defendants Schmidt, Hanna, Duarte, Villegas, Cano, Medrano and Judge Isgure are **DISMISSED.**

      This case is hereby **TERMINATED** from the docket.

      IT IS SO ORDERED.

                                      ___s/Susan J. Dlott_____
                                      Chief Judge Susan J. Dlott
                                      United States District Court